IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-MJ-1613-JG-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TOMMIE RAND PIERCE, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the motion (D.E. 5) by the government to unseal the complaint and affidavit (D.E. 1). The government represents that the defendant has been apprehended and has had his initial appearance thereby rendering moot the need to maintain these documents under seal as set forth in the original motion to seal.

Having duly considered the motion, and for good cause shown, the court hereby GRANTS the motion. The Clerk shall unseal the complaint and affidavit (D.E. 1).

SO ORDERED, this the 13th day of September 2011.

_____
James E. Gates
United States Magistrate Judge